and *B. H. Carey* for appellants. *David A. Richardson, T. Murray Robinson, Walace Hawkins, Robert W. Richards, Russell G. Lowe, Ralph W. Garrett, Don Emery, Rayburn L. Foster, R. M. Williams, Harry D. Turner* and *W. H. Brown* for appellees. ▉

No. 508. CONSUMER MAIL ORDER ASSOCIATION OF AMERICA ET AL. *v.* MCGRATH, ATTORNEY GENERAL. ▉

▉ *Per Curiam:* The judgment is affirmed. *Thurman Arnold* and *Milton V. Freeman* for appellants.

No. 517. BROOKS TRANSPORTATION CO., INC. ET AL. *v.* UNITED STATES ET AL. ▉ *Per Curiam:* The motions to affirm are granted and the judgment is affirmed. *John T. Grigsby, Walter L. Baumgartner* and *Albert B. Rosenbaum* for appellants. *Solicitor General Perlman* and *Daniel W. Knowlton* for the United States and the Interstate Commerce Commission; and *Charles Pickett* for Schenley Industries, Inc., appellees. ▉

No. 534. CROSS *v.* STATE BAR OF CALIFORNIA. ▉ *Per Curiam:* The appeal is dismissed for the want of a substantial federal question.

No. 310. CALIFORNIA STATE AUTOMOBILE ASSOCIATION INTER-INSURANCE BUREAU *v.* DOWNEY, INSURANCE COMMISSIONER. Maloney, present Insurance Commissioner, substituted as the party appellee.